IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHARON PHILLIPS,

   Plaintiff,

   v.

CITY OF ATLANTA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-680-TWT

**ORDER**

     This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 144] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 117]. The Plaintiff's Objections to the Report and Recommendation fail to address the substantive grounds for granting the Defendants' Motion for Summary Judgment. The Objections consist of random excerpts from deposition testimony in support of the Plaintiff's decades long complaints against her co-workers and supervisors in the Atlanta Police Department. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff fails to create a genuine issue of material fact as to those claims that are not time barred. The Court approves and adopts the Report and

T:\ORDERS\14\Phillips\r&r.wpd

Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 117] is GRANTED.

SO ORDERED, this 26 day of September, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge